IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-80-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| JERRY SCOTT HILL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the government's motion in limine (DE # 44), filed November 2, 2010. Defendant is hereby directed to file a written response to said motion by November 10, 2010.

SO ORDERED, this the 5th day of November, 2010.

_____
LOUISE W. FLANAGAN
Chief United States District Judge